1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  RANDALL ROBINSON,                 Case No. CV 15-04087 RGK (PLAx)

12          Plaintiff,                 (~~PROPOSED~~) **ORDER TO DISMISS ACTION WITH PREJUDICE**

13  v.

14  LIFE INSURANCE COMPANY OF
    NORTH AMERICA and KINDER
15  MORGAN LONG TERM
    DISABILITY PLAN,
16
            Defendants.
17

18

19      Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this

20  matter shall be dismissed with prejudice in its entirety against all parties. Each

21  party is to bear their own attorneys' fees and costs.

22

23

24  DATED: September 17, 2015    _____

25                               HON. R. GARY KLAUSNER
                                 UNITED STATES DISTRICT JUDGE

26

27

28